```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

     - v. -                         :

TOM LENNY DE LA TORRE,              :

              Defendant.            :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22

[Proposed] Order

21 Cr. 466 (LAK)

LEWIS A. KAPLAN, United States District Judge:

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Samuel P. Rothschild, Assistant United States Attorney, of counsel, and with the consent of defendant Tom Lenny De La Torre, by and through his attorney, David S. Greenfield, Esq.,

It is hereby ORDERED that the time through 6/7, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to engage in ongoing dispositions discussions.

SO ORDERED.

Dated: New York, New York
       4/20, 2022

_____
LEWIS A. KAPLAN
United States District Judge