LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

May 26, 2022

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, New York 10007



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/22

Re: **United States v. Tom Lenny De La Torre**

**21 Cr. 466 (LAK)**

Dear Judge Kaplan:

    I write this letter on behalf of my client Tom Lenny De La Torre and the government to respectfully request an adjournment of the conference scheduled for June 2, 2022, for approximately 45 days so the parties may continue disposition discussions. The defense consents to the exclusion of time under the Speedy Trial Act to such date that the Court sets for the next appearance.

Respectfully submitted,

*David S. Greenfield*
David S. Greenfield

cc: Samuel P. Rothschild AUSA (by ECF)

Adjourned to 6/29/22 at 9:45 am. Time excluded through 6/29/22 to continue plea discussions.

**SO ORDERED**

/s/ 5/31/22